Arlene L. Overhage, Plaintiff-Appellant, v. Thomas R. Overhage, Defendant-Appellee.

Gen. No. 54,180. (Abstract of Decision.)

First District, Fourth Division.

June 10, 1970.

Albert Koretzky, of Chicago, for appellant; Irving Goodman, of Chicago, for appellee. Opinion by JUSTICE DRUCKER. Not to be published in full.